OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL P.O. BOX 12308 CAPITOL STATION AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 08. 2015

5/6/2015
SALINAS, BILLY JOE    Tr. Ct. No. CR-692-08-F(1)    WR-83,091-01
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 **S.W.3d 452  (Tex. Crim. App. 2010).**

Abel Acosta, Clerk

disc

BILLY JOE SALINAS
TDC # 1519690    REF

77583

1EBN3B 77583